UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL ELBAUM,<br><br>          Plaintiff,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>          Defendant. | Case No.24-cv-02294-KAW<br><br>**JUDGMENT**<br>Re: Dkt. No. 45 |

On September 13, 2024, the Court granted Defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 25, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge